# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-05-00647-CV

**Douglas K. Conley, Appellant**

**v.**

**Kathy L. Conley, Appellee**

## FROM THE DISTRICT COURT OF TRAVIS COUNTY, 53RD JUDICIAL DISTRICT
## NO. FM402639, HONORABLE DARLENE BYRNE, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Douglas K. Conley has notified this Court that he has filed for bankruptcy protection (United States Bankruptcy Court, W.D. Texas, chapter 7, case number 05-18994). Accordingly, his appeal is stayed. *See* 11 U.S.C. § 362; Tex. R. App. P. 8. Any party may file a motion to reinstate upon the occurrence of an event that would allow the case to proceed. *See* Tex. R. App. P. 8.3. Failure to notify this Court of a lift of the automatic stay or the termination of the bankruptcy case may result in the dismissal of the cause for want of prosecution. *See* Tex. R. App. P. 42.3(b).

W. Kenneth Law, Chief Justice

Before Chief Justice Law, Justices Pemberton and Waldrop

Filed: October 21, 2005